IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRAVELERS INDEMNITY COMPANY OF ILLINOIS,** Plaintiff, | : : : : | Civil Action No. 1:CV-00-1618 |
| v. | : : | |
| **LEXINGTON INSURANCE COMPANY,** and **SNOW TIME, INC.,** Defendants. | : : : : | (Judge Kane) |

FILED
HARRISBURG

FEB 2 2 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## ORDER

**AND NOW** this 22nd day of February, 2002, pursuant to a status telephone conference held on January 31, 2002, Plaintiff's Motion to Compel Answers to Interrogatories and Request for Production of Documents is **GRANTED**. During that telephone conference, Defendants were ordered to answer interrogatories within ten (10) days of the date of the telephone conference. A non-jury trial date shall be issued under a separate Order for September, 2002.

_____
Yvette Kane
United States District Judge

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

            * * MAILING CERTIFICATE OF CLERK * *

                     February 22, 2002


Re:  1:00-cv-01618    Travelers Indemnity v. Lexington Insurance



True and correct copies of the attached were mailed by the clerk
to the following:

     Thomas Scott Brown, Esq.
     Hecker, Brown, Sherry and Johnson
     1700 Two Logan Square
     18th & Arch Sts.
     Philadelphia, PA   19103

     Richard D. Gable Jr., Esq.
     Hecker Browns Sherry and Johnson
     1700 Two Logan Square
     18th and Arch Streets
     Philadelphia, PA   19103

     Brian J. Walker, Esq.
     O'Brien & Hennessy
     142 West Market Street
     Suite 2
     West Chester, PA   19382

     John J. O'Brien Jr., Esq.
     211 King Street, Suite 320
     Charleston, SC   29401



cc:
Judge                          ( ✓ )          ( ) Pro Se Law Clerk
Magistrate Judge               ( )            ( ) INS
U.S. Marshal                   ( )            ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
```

2-22-02

