IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRAVELERS INDEMNITY COMPANY OF ILLINOIS,<br>　　　　Plaintiff | : | CIVIL ACTION NO.<br>1:CV-00-1618 |
| v. | : | Judge Kane |
| LEXINGTON INSURANCE COMPANY, and SNOW TIME, INC.,<br>　　　　Defendants | : | |

FILED
HARRISBURG

FEB 2 6 2002

MARY E. D'ANDREA, CLERK
Per_____
　　　DEPUTY CLERK

<u>O R D E R</u>

AND NOW this 26 day of February, 2002, **IT IS HEREBY ORDERED**

**THAT** a non-jury trial is scheduled for Monday, September 30, 2002 at 9:30 a.m. in

Courtroom No. 4, Eighth Floor, Federal Building, 228 Walnut Street, Harrisburg,

Pennsylvania. The following case management deadlines are established:

| | |
|---|---|
| Local Rule 16.3 Attorney Conference: | August 2, 2002 |
| Pretrial Memoranda Due: | August 21, 2002 |
| Pretrial and Settlement Conference: | September 20, 2002 - 10:00 a.m. |

_____
Yvette Kane
United States District Judge