IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRAVELERS INDEMNITY COMPANY OF ILLINOIS | : | CIVIL ACTION |
| Plaintiff, | : | 1:CV-00-1618 |
| vs. | : | (Judge Kane) |
| LEXINGTON INSURANCE COMPANY and SNOW TIME, INC. | : | |
| Defendants | : | |

FILED
HARRISBURG

MAR - 6 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## ORDER

AND NOW, this 6th day of MAR, 2002, it is hereby ORDERED that the $10,000 bond presently being held in escrow by the Court be released and returned to counsel for Travelers Indemnity Company of Illinois.

_____
Honorable Yvette Kane, U.S.D.J.

83797-1