# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRAVELERS INDEMNITY COMPANY OF ILLINOIS | : | CIVIL ACTION |
| Plaintiff, | : | 1:CV-00-1618 |
| | : | |
| vs. | : | (Judge Kane) |
| | : | |
| LEXINGTON INSURANCE COMPANY and SNOW TIME, INC. | : | |
| | : | |
| Defendants | : | |

FILED
HARRISBURG

JUL 2 6 2002

MARY E. D'ANDREA
Per _____

## ORDER TO SETTLE, DISCONTINUE & END

TO THE CLERK:

　　　　Kindly mark the above-captioned matter settled, discontinued and ended.

　　　　　　　　　　　HECKER BROWN SHERRY AND JOHNSON

　　　　　　　　　　　By: _____
　　　　　　　　　　　　　Richard D. Gable, Jr.

Dated: 7-23-02

94350-1