IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRAVELERS INDEMNITY COMPANY OF ILLINOIS,<br>Plaintiff, | : : : : | Civil Action No. 1:CV-00-1618 |
| v. | : : | |
| LEXINGTON INSURANCE COMPANY, and SNOW TIME, INC.,<br>Defendants. | : : : : | (Judge Kane) |

**FILED**
HARRISBURG

JUL 3 0 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

<u>O R D E R</u>

AND NOW, this 30th day of July, 2002, counsel having reported to the Court that the above action has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

_____
Yvette Kane
United States District Judge